AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Jean Michel Losier MD | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-100-DRH |
| ROBERT MORRELL, DIRECTOR | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERT MORRELL, DIRECTOR
MARION VA MEDICAL CENTER
2401 W MAIN STREET
MARION ILLINOIS 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JEAN MICHEL LOSIER MD
66 JEFFERSON STREET
NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/27/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Jean Michel Losier MD  <br>*Plaintiff*  <br>v.  <br>GENEVA HARMON, RN  <br>*Defendant* | )  <br>)  <br>)  <br>)  Civil Action No. 10-100-DRH  <br>)  <br>)  <br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GENEVA HARMON, RN
MARION VA MEDICAL CENTER
2401 W MAIN STREET
MARION ILLINOIS 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JEAN MICHEL LOSIER MD
66 JEFFERSON STREET
NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/27/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Jean Michel Losier MD | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 10-100-DRH |
| JOSEPH HERMAN, MD | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH HERMAN, MD
MARION VA MEDICAL CENTER
2401 W MAIN STREET
MARION ILLINOIS 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JEAN MICHEL LOSIER MD
66 JEFFERSON STREET
NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/27/10

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Jean Michel Losier MD | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 10-100-DRH |
| JERRY ZANG, MD | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JERRY ZANG, MD
MARION VA MEDICAL CENTER
2401 W MAIN STREET
MARION ILLINOIS 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JEAN MICHEL LOSIER MD
66 JEFFERSON STREET
NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/24/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Jean Michel Losier MD | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-100-DRH |
| SHELLEY BROWN, MD | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHELLEY BROWN, MD
MARION VA MEDICAL CENTER
2401 W MAIN STREET
MARION ILLINOIS 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     JEAN MICHEL LOSIER MD
66 JEFFERSON STREET
NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/27/10

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Jean Michel Losier MD <br> _____ <br> *Plaintiff* <br> v. <br> ARLENE MIKSANEK, MD <br> _____ <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 10-100-DRH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARLENE MIKSANEK, MD
MARION VA MEDICAL CENTER
2401 W MAIN STREET
MARION ILLINOIS 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JEAN MICHEL LOSIER MD
66 JEFFERSON STREET
NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/27/10

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Jean Michel Losier MD <br> *Plaintiff* <br> v. <br> LISA McCUTCHEN MD <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 10-100-DRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LISA McCUTCHEN, MD
MARION VA MEDICAL CENTER
2401 W MAIN STREET
MARION ILLINOIS 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JEAN MICHEL LOSIER MD
66 JEFFERSON STREET
NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/27/10

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Jean Michel Losier | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 10-100-DRH |
| Eric K Shinseki | ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Eric K. Shinseki

      US. DEPARTMENT OF VETERANS AFFAIRS
      810 VERMONT AVE NW
      WASHINGTON AVE DC 20420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JEAN MICHEL LOSIER
                                                       66 JEFFERSON STREET
                                                       NYACK, NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                    CLERK OF COURT

Date: 4/27/10                                                                     *Signature of Clerk or Deputy Clerk*