IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEAN MICHEL LOSIER, M.D.**,

**Plaintiff,**

v.

**ERIC K. SHINSEKI, Secretary of
Veterans Affairs, U.S. Department
of Veteran Affairs,
et al.,**

**Defendants.**                                                   No. 10-0100-DRH

## ORDER

**HERNDON, Chief Judge:**

  This matter comes before the Court for case management. On August 21, 2013, the Court held the final pretrial conference in this matter. During the conference, the Court set the matter for bench trial on January 21, 2014 at 9:00 a.m. Further, the Court ordered the parties to submit the final pretrial order on or before December 21, 2013.

  During the conference, the government informed the Court that plaintiffs' former counsel, Ronald S. Langacker, paid the sanction fee directly to the government. The sanction was intended to compensate the government and that was the appropriate action. The record reflects that plaintiff also paid the sanction fee to the Court on February 27, 2013. The Clerk's office indicates that it did not forward that sanction money onto the government despite the intent of

the order.  Since, the ultimate responsibility for such sanction is the plaintiff himself, the Court **DIRECTS** the clerk to return the sanction fee to attorney Ronald S. Langacker, together with a copy of this order.  Mr. Langacker is directed to credit plaintiff's account with a reimbursement of this money ($372.80).

Lastly, the Court **DIRECTS** Magistrate Judge Stephen C. Williams to hold another settlement conference via video conferencing (utilizing the court's "Vidyo Conferencng" application so that the participants may utilize their computers and webcams) due to plaintiff's health.  The Court **ALLOWS** plaintiff's daughter, who is a lawyer, to participate in the settlement conference.  Plaintiff's daughter may do so without entering her appearance in this matter.

**IT IS SO ORDERED.**

Signed this 26th day of August, 2013.

Digitally signed by
David R. Herndon
Date: 2013.08.26
10:41:21 -05'00'

**Chief Judge**
**United States District Court**