UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JEAN MICHEL LOSIER, M.D.,

     Plaintiff,

v.

ERIC K. SHINSEKI and US DEPARTMENT
OF VETERANS AFFAIRS,

     Defendants.                         No. 10-cv-100-DRH


## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on November 25, 2013 (Doc. 89), this case is **DISMISSED** with prejudice.

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT


                        BY:____/s/*Sara Jennings*_____
                          Deputy Clerk

Dated:   January 28, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.28
11:46:11 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT